FILED

NOT FOR PUBLICATION

AUG 21 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

ST. ANTHONY FISH FARM, INC., a
Nevada corporation, and GREG
PHILLIPS,

      Plaintiffs-Appellants,

      v.

MULTI-NATIONAL
INVESTMENTS, LLC, a Limited
Liability Company organized under the
laws of the State of Delaware,

      Defendant-Appellee,

      and

SEASIDE TRUSTEE, INC., a
California corporation,

      Defendant.

No. 11-55547

D.C. 2:10-cv-06061-JHN-OP

MEMORANDUM*

Appeal from the United States District Court
for the Central District of California
Jacqueline H. Nguyen, District Judge, Presiding

---

   * This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Submitted August 10, 2012[**]
Pasadena, California

Before:        SILVERMAN and WARDLAW, Circuit Judges, and FOGEL, District Judge[***]

Plaintiffs-Appellants St. Anthony Fish Farm, Inc. and Greg Phillips (collectively, "Plaintiffs") appeal the district court's dismissal of their action challenging a trustee's sale of real property. The district court concluded that a prior bankruptcy court decision had adjudicated the validity of the trustee's sale and that Plaintiffs' claims thus were barred by the doctrine of collateral estoppel.

We have jurisdiction under 28 U.S.C. § 1291. We adopt the well-reasoned decision of the district court.

AFFIRMED.

---

[**] The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, sitting by designation.